IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Perez, | No. CV-19-05602-PHX-MTL (JFM) |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Before the Court is the Report and Recommendation of the Magistrate Judge (R & R) (Doc. 136) recommending that Defendants Denault, Palomino, Wickware, and Reyes be dismissed without prejudice. Neither party has filed objections to the R & R.[*]

Accordingly, the Court hereby accepts the R & R. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts need not conduct "any review at all . . . of any issue that is not the subject of an objection").

Based on the foregoing,

**IT IS ORDERED** that the Report and Recommendation (Doc. 136) is **accepted**.

///

---

[*] Defendants Denault, Palomino, Wickware, and Reyes have not been served and have not appeared.

**IT IS FURTHER ORDERED** that Defendants Denault, Palomino, Wickware, and Reyes are **dismissed without prejudice**.

Dated this 18th day of March, 2021.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge